COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

ROSA RAMIREZ, § No. 08-18-00138-CV

Appellant, § Appeal from the

v. § 383rd District Court

RAFAEL CARREON, § of El Paso County, Texas

Appellee. § (TC# 2010AG5715)

§

# **O R D E R**

On August 14, 2018, the Court entered an order for mediation referral requiring that the case be mediated within sixty days from the date of the order. Consequently, mediation should have been completed no later than October 13, 2018. When the parties did not file an extension motion, we reinstated the appeal on October 24, 2018 and ordered the record to be filed by November 23, 2018. Appellee has now filed an unopposed motion for requesting an extension of time for the parties to complete the mediation process. We grant the motion and order that mediation be completed by December 28, 2018. The appellate timetable is suspended during this time period. Upon completion of mediation, the parties are directed to comply with the instructions set forth in our order issued on August 14, 2018. If the parties require additional time in which to

1

complete mediation, an extension motion must be filed prior to December 28, 2018. If the parties fail to comply with any of these requirements, the appeal will be reinstated on January 7, 2019.

IT IS SO ORDERED this 29th day of October, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.